#2

AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR 2 4 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ISAUL RODRIGUEZ-BANUELOS | CASE NUMBER: 08CR1177-JLS |

I, <u>ISAUL RODRIGUEZ-BANUELOS</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___4/24/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Saul Rodriguez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER