1  **LINDA LOPEZ**
Florida Bar No. 0177301
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone: (619) 234-8467
4  linda_lopez@fd.org

5  Attorneys for Mr. Rodriguez-Banuelos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1177-JLS |
|---|---|---|
| Plaintiff, | ) | DATE: JUNE 17, 2008 |
|  | ) | TIME: 9:30 a.m. |
| v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| **ISAUL RODRIGUEZ-BANUELOS,** | ) | 1)   COMPEL DISCOVERY; AND |
|  | ) | 2)   LEAVE TO FILE FURTHER |
| Defendant. | ) | MOTIONS |
| _____ | ) |  |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        CALEB MASON, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on June 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Isaul Rodriguez-Banuelos, by and through his attorneys, Linda Lopez and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

08CR1177

**MOTIONS**

Defendant Isaul Rodriguez-Banuelos, by and through his attorneys, Linda Lopez and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

(1) Compel discovery; and

(2) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: June 5, 2008

*/s/ Linda Lopez*
LINDA LOPEZ
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rodriguez-Banuelos
linda_lopez@fd.org

08CR1177